**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6745**

---

BOBBY L. BROWN,

                                    Petitioner - Appellant,

      versus

STEVEN J. GAL, Warden; UNITED STATES OF
AMERICA,

                                    Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry M. Herlong, Jr., District
Judge.  (CA-02-840-20BD)

---

Submitted:  July 25, 2002          Decided:  August 2, 2002

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Bobby L. Brown, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bobby L. Brown seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Brown's motions for appointment of counsel and production of documents and affirm on the reasoning of the district court. <u>Brown v. Gal</u>, No. CA-02-840-20BD (D.S.C. Apr. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2